FILED
CLERK, U.S. DISTRICT COURT
JUL 22 2008
CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RICHARD STEVE TERRAZAS,<br><br>    Petitioner,<br><br>    v.<br><br>AGGREGATE MASS/<br>ENTIRE BODY OF STATE<br>GOVERNMENT,<br><br>    Respondent. | No. CV 07-8364 SVW (FFM)<br><br>ORDER ADOPTING FINDINGS,<br>CONCLUSIONS AND<br>RECOMMENDATIONS OF<br>UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

    IT THEREFORE IS ORDERED that Judgment be entered dismissing this action without prejudice to petitioner's filing a civil rights action in compliance with the Prison Litigation Reform Act.

DATED: 7/22/08

STEPHEN V. WILSON
United States District Judge