FILED
CLERK, U.S. DISTRICT COURT

JUL 22 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RICHARD STEVE TERRAZAS, | No. CV 07-8364 SVW (FFM) |
| Petitioner, | |
| v. | JUDGMENT |
| AGGREGATE MASS/ ENTIRE BODY OF STATE GOVERNMENT, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice to petitioner's filing a civil rights action in compliance with the Prison Litigation Reform Act.

DATED: 7/22/08

_____
STEPHEN V. WILSON
United States District Judge